Copies Mailed
Chambers of Edgardo Ramos

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
DAVID DELGADO,

               Petitioner,

   - against -

SUPERINTENDENT GRIFFIN, Green Haven
Correctional Facility,

               Respondent.
-----------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: July 16, 2020

**ORDER**
16 Civ. 1313 (ER) (DCF)

Ramos, D.J.:

    Although, at the time he filed his habeas petition, David Delgado ("Delgado") was incarcerated at the Green Haven Correctional Facility, in Stormville, New York, both public records[1] and his most recent letter to this Court, *see* Doc. 19 at 2, indicate that he is currently incarcerated at Eastern NY Correctional Facility, in Napanoch, New York, with a mailing address of:  Eastern NY Correctional Facility, P.O. Box 338, Napanoch, NY 12458-0338. *Id*. Accordingly, the Clerk of Court is respectfully directed to update Delgado's address on the docket of this case.  Delgado is reminded that it is his responsibility to ensure that his address as reflected on the docket is up to date.

It is SO ORDERED.

Dated:   July 16, 2020
            New York, New York

                                                                      _____
                                                                          Edgardo Ramos, U.S.D.J.

---

[1] *See* http://nysdoccslookup.doccs.ny.gov/GCA00P00/WIQ1/WINQ000 (last visited July 16, 2020).