**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DAVID DELGADO,

      Plaintiff,    16 **CIVIL** 1313 (ER)(DCF)

  -against-        **JUDGMENT**

SUPERINTENDENT GRIFFIN, Green Haven:
Correctional Facility,
      Defendant.
-------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 25, 2020, the Report is adopted in its entirety, and Delgado's petition for a writ of habeas corpus is DENIED.  As Delgado has not made a substantial showing of the denial of a constitutional right, no certificate of appealability shall issue. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good faith; therefore, in forma pauperis status is denied for purposes of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45(1962); accordingly, the case is closed.

**DATED:**  New York, New York
    September 25, 2020

                 **RUBY J. KRAJICK**
                 _____
                 **Clerk of Court**
        **BY:**
            ____K. Mango_____
              **Deputy Clerk**